**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DOUGLAS B. STALLEY, on behalf of**                                    **PLAINTIFF**
**the United States of America**

**V.**                      **NO. 4:06CV0001711 JMM**

**BAPTIST HEALTH,**                                                                           **DEFENDANT**
**An Arkansas Corporation**

**ORDER**

Pending are Defendant's Motions to Dismiss and to Strike and Motion to Dissolve Stay and Supplement to Motion to Dismiss (#3 & #18) and Plaintiff's response.

On December 22, 2006, the Defendant filed a motion to dismiss this case raising issues relative to Plaintiff's standing to assert claims against the Defendant under the Medicare Secondary Payer Act, 42 U.S.C. §1395y(b). Following receipt of Plaintiff's response, the Court entered an order staying this case pending a decision by the Eighth Circuit Court of Appeals in regard to the appeals in two similar cases styled, *Douglas B. Stalley v. Catholic Health Initiatives, et. al*, docket # 4:06CV00629-GH and *Douglas B. Stalley v. Triad Hospitals, Inc.*, docket # 3:06CV0093-WRW.

On November 27, 2007 the Eighth Circuit Court of Appeals issued decisions in these cases affirming the dismissal of the Plaintiff's Complaints on the ground that the Plaintiff lacked standing to pursue an action under the Medicare Secondary Payer Act against the defendant health care providers named therein. On November 30, 2006, defendant sought to life the stay and dismiss the complaint based upon the Eighth Circuit's holdings. Plaintiff responded that the decision was not final as plaintiff intended to file for a rehearing *en banc*.

Plaintiff's request for rehearing was denied, and on January 11, 2008, the Eighth Circuit Court of Appeals issued its mandates in these cases.

Based upon the decision of the Eighth Circuit Court of Appeals, this Court finds that Defendant's motions to lift the stay and dismiss the case should be granted. Plaintiff's complaint is hereby dismissed. The Clerk is directed to close the case and any pending motions are dismissed as moot.

IT IS SO ORDERED this 17th day of January, 2008.

_____
James M. Moody
United States District Judge